```
                                    CLERKS OFFICE U.S. DIST. COURT
                                           AT ABINGDON, VA
                                                FILED
                                           November 13, 2024

                                         LAURA A. AUSTIN, CLERK
                                         BY: s/ FELICIA CLARK
                                              DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **SARAH BETH REYNOLDS,** | )<br>) |
| Plaintiff, | )   Case No. 1:24CV00016<br>) |
| v. | )   **ORDER**<br>) |
| **MARTIN J. O'MALLEY,**<br>**COMMISSIONER OF**<br>**SOCIAL SECURITY,** | )   JUDGE JAMES P. JONES<br>)<br>)<br>) |
| Defendant. | ) |

It appearing that no objections have been timely filed to the Report filed October 21, 2024, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** that the Report and its findings and recommendations are wholly ACCEPTED and APPROVED, and a final judgment will be entered herewith.

ENTER: November 13, 2024

/s/ JAMES P. JONES
Senior United States District Judge