CLERKS OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED
November 13, 2024
LAURA A. AUSTIN, CLERK
BY: s/ FELICIA CLARK
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **SARAH BETH REYNOLDS,** | |
| Plaintiff, | Case No. 1:24CV00016 |
| v. | **JUDGMENT** |
| **MARTIN J. O'MALLEY, COMMISSIONER OF SOCIAL SECURITY,** | JUDGE JAMES P. JONES |
| Defendant. | |

It appearing proper, it is **ORDERED AND ADJUDGED** that the final decision of the Commissioner of Social Security denying benefits is AFFIRMED.

The Clerk shall close the case.

ENTER: November 13, 2024

/s/ JAMES P. JONES
Senior United States District Judge